**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                              Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                           Telephone Number:
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/ Zhihui Guo
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023